

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00175-CR

**IN RE** Ronald **GUILLORY** Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: March 25, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Ronald Guillory, Jr., filed his petition for writ of mandamus on March 5, 2026. Having considered the petition, this court has determined that Guillory has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 1991-CR-4522-W2, styled *The State of Texas v. Ronald Guillory, Jr.*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.